

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of K.E.L., a Minor Child

No. 06-22-00084-CV

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 13S0118-005). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed. Therefore, we dismiss the appeal.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 10, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk